## ANNETTE THOMAS *v.* WALKER S. THOMAS
### (14369)

Dupont, C. J., and Lavery and Hennessy, Js.

Argued February 22—decision released March 26, 1996

*Walker S. Thomas*, pro se, the appellant (defendant).

*Sean Orion LeBas*, for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.